IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD THOMAS, | No. CIV S-08-1295-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| Unknown, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 24, 2008, petitioner filed a notice of voluntary dismissal. Because no response to the petition has been filed, the action is dismissed and the Clerk of the Court is directed to close this file. See Fed. R. Civ. P. 41(a)(1)(A)(I).

IT IS SO ORDERED.

DATED: October 3, 2008

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1